AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
RACHAEL LYNN PERT

)
) Case: 1:21-mj-00160
) Assigned to: Judge Zia M. Faruqui
) Assign Date: 1/25/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Rachael Lynn Pert,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Unlawful Entry on Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(G)- Violent entry and disorderly conduct on Capitol Grounds

Date: 01/25/2021

2021.01.25
21:14:54 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/25/2021, and the person was arrested on *(date)* 1/26/2021
at *(city and state)* Jacksonville, Florida.

Date: 2/5/2021

*Arresting officer's signature*

Ana Marcus Special Agent - FBI
*Printed name and title*