NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number: 1:21-cr-139-TNM

RACHAEL LYNN PERT

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

*s/Waffa J. Hanania*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Waffa J. Hanania
Assistant Federal Defender
Florida Bar No. 888631
200 West Forsyth Street Suite 1240
Jacksonville, Florida 32202
Telephone: (904) 232-3039
Fax: (904) 232 1937
Email: waffa_hanania@fd.org
Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 8th day of June 2021.

*/s/ Waffa J. Hanania*
Assistant Federal Defender