**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**                                        **Case No.:  21-CR-0139-01(TNM)**

**RACHAEL LYNN PERT,**
       **Defendant.**

---

**EXHIBIT #1: LETTERS OF SUPPORT FOR RACHAEL PERT**

Sabrina LeeAnn Fisher

███████████

Middleburg, Florida 32068

December 1, 2021

To the Honorable Judge McFadden,

My name is Sabrina Fisher, I am writing this letter on behalf of Rachael Pert. I have known Ms. Pert for a couple years, our boys were in the same class and bonded immediately. We were invited to birthday parties through the class like most parents. I took Hero (my oldest son), found out she has a son the same age as my youngest son and those boys have been inseparable since. She is a fantastic mother and I saw it instantly. I am aware of her charge for the involvement on January 6th, 2021. To say I was shocked is an understatement.

Ms. Pert is one of the best friends I could have ever stumbled across. She is always smiling and in the face of uncertainty she is still an amazing mother. Ms. Pert has lead a rough life as a single mom to her boys. Ms. Pert is one of the very few people I would trust with my children. She has recently helped my husband get a job, there isn't anything she wouldn't do to help literally anyone she can. Ms. Pert has been dealt one of the hardest hands I have seen, yet you would never know it.

Ms. Pert has spoke about her regret in the involvement of the incident on January 6th, 2021. When we have talked about the events that occurred, she didn't speak of the consequences she was facing, she spoke of her children, she was worried about not being able to be there to see her boys for however long. Ms. Pert is an amazing mom, an amazing friend and a great person to have in your corner.

It is my hope that the Court actually takes this letter into consideration. We all make decisions in the heat of the moment and make decisions to make those around us happy. Ms. Pert is an extremely talented, loving, family orientated, and a good person.

Thank you for your time and consideration,

*Sabrina Fisher*

Sabrina Fisher

Sara Rena Brown

███████████████

Middelburg, Florida, 32068

November 14th, 2021

To the Honorable Judge McFadden

I am writing this letter on the behalf of Rachel Pert. I have known Ms. Pert for about four years now. In that time, she has proved to be a kind, giving human, a diligent worker, and a wholly dedicated mother. I am aware of that she was arrested for her involvement on January 6th, 2021. As a reliable member of our community, her actions were quite unexpected.

Ms. Pert leads a hard life as a single mother, but she preservers beautifully and never lets her little ones see how she might struggle. Ms. Pert has expressed to me that she greatly regrets her involvement, especially any effects it could have on her beloved children. I cannot tell you enough how much of a wonderful mother she is. The joy and pride in her eyes and voice when she speaks of them is stunning and reflected in their eyes. I remember the tears she shed when her oldest moved out and the fear and pride in her eyes. The father is not very active in the boy's life and Ms. Pert even refuses to claim child support in effort to protect them from the pain of a come and go father. When I was training her at work, they were all she ever talked about. As much as she is dedicated to motherhood, she was just a focused on her work. I trained her and she took direction with ease and completed each task timely, often going above and beyond what was asked of her. Ms. Pert is always willing to help her fellow human, even at her own expense. At work, I have witnessed her help people, going above and beyond workplace etiquette to help a customer, and has even gone as far as helping cover people's transactions when the were short on money, not for glory but for the fact that she could and was able to help. To see the joy and relief in their eyes and some one was willing to help them, even if she had no back up herself. During the summer she would keep a stock of candy and goodies to give out to all the children who would come into the store. She never wore her worries to work and always had a smile, even when dealing with difficult customer.

Ms. Pert, in the time we have been friends, has shown me that she not only is a wonderful mother and thoughtful worker, but she is also a beautiful human being who would never intentionally harm another. Her children are her world, and she is theirs, and the true crime would be separating them. It is my hope that this letter regarding Ms. Pert and wonderous and fierce character will act as a positive and contributing factor when the court considers this matter.

Sincerely,

Sara Brown

(904) ███████████ .

Young A. Smith, III

████████████

Orange Park, FL 32065
Cell: 904-████████████
████ @bellsouth.net

Character recommendation for:
Rachael Lynn Pert

To whom it may concern,

I have known Rachael Pert since 2014 as a friend, a volunteer and an employee.  I have seen her work hard at multiple jobs to provide for her three boys, often walking to work when necessary.   She has demonstrated strong honest work ethics, organizational skills and a real desire to help hurting people. When she volunteered and was employed part-time by me at Community Health Outreach: The Lord's Pantry,  she was a positive asset to the ministry.   Any time there was conflict she rectified disruptions.

Around October 2014 she started volunteering at Community Health Outreach. Around February 2016 she was employed part time as a driver until February 2018.

Formerly, I was over Ministry and The Lord's Pantry for the non-profit:

Community Health Outreach.
5126 Timuquana Rd
Jacksonville, FL 32210
904-573-1333
Admin@chojax.org

It is a ministry that is still providing free Medical, Dental, infant supplies and food: The Lord's Pantry was providing food for the food-insecure; approximately 900 families per week with about 50 pounds of food.

I have no comment on her mistakes, only the positive impact she had on volunteers, pantry guests/clients and veterans.

I am currently a State Prison Chaplain.

Pastor/Chaplain Young A. Smith, III

Dear Honorable Judge McFadden:

My name is Xavaire Slay, and I am writing on behalf of my good friend Rachel Pert. I am requesting that the court be as lenient as possible. I first met Rachel several years ago when I moved to Jacksonville from Newport News, Virginia. While going to Saint Peters Episcopal Church, I heard of the volunteer outreach center across the street and shortly after working there I met Rachel and her children. In my time knowing her I have learned that she is a wonderful person and an outstanding mother.

After having a personal relationship with her children, Payton and Levi Pert, I have discovered that the most prominent display of her good character is her great motherhood. From my personal experience, Rachel's presence is necessary not only to her community but also to her family. Removing her would be detrimental to many who depend on her company. I ask, not just for myself but mainly for her two wonderful children, that the court be kind when passing judgement on Rachel Pert.

Respectively, Xavaire Slay

Honorable
Judge McFadden

I Sandra Water's Know's
Rachael Pert she was a
coworker with me. she
was alway's about her kid's
she worked long hour's
to provide for her kid's
Rachael is a loving and
caring person. she was
alway's polite and very
well man'nered to all our
customer's. our customers
loved her. we all hated
that she no longer work's
with us. we miss her
postive attitude and loving
way's. I am sure whatever
trouble she got in wasin't
intentionally she would
never hurt any one or
any thing around her.

Pleas call
me for any
question's
sincerely
sandra water's
(904) ██████████  →
If I don't answer
Please leave a message

P.S.
I am well aware of
what happen on 1-6-20